**WO**                                                                                                          SC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Carrasco Gamez, Jr., | ) No. CV 10-2070-PHX-MHM (MEA) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Charles L. Ryan, et al., | ) |
| Defendants. | ) |

Plaintiff Robert Carrasco Gamez, Jr., who is confined in the Arizona State Prison Complex, Central Unit, in Florence, Arizona, filed a *pro se* civil rights Complaint pursuant to 42 U.S.C. § 1983. In an Order filed on November 3, 2010, the Court denied Plaintiff's Application to Proceed *In Forma Pauperis* with leave to either pay the filing fee or to file a new *in forma pauperis* application, including a certified copy of his inmate account for the last six months, within 30 days. Plaintiff has filed a motion for an extension of time because of delays in the Central Office providing him a certified copy of his inmate trust account statement.[1] The Court will grant Plaintiff's motion to the extent that he will be granted an additional 30 days within which to file a new *in forma pauperis* application or to pay the $350.00 filing fee. *If Plaintiff is unable to fully comply with the November 3, 2010 Order*

---

[1] Plaintiff submitted uncertified account statements with his original application and no prison official completed the "Certificate of Correctional Official as to Status of Applicant's Trust Account" section.

**JDDL**

*due to acts or omissions of prison officials, he must file a declaration signed under penalty of perjury setting forth facts to support his inability to comply.*

**Warnings**

    **A.**    **Address Changes**

Plaintiff must file and serve a notice of a change of address in accordance with Rule 83.3(d) of the Local Rules of Civil Procedure. Plaintiff must not include a motion for other relief with a notice of change of address. Failure to comply may result in dismissal of this action.

    **B.**    **Copies**

Plaintiff must submit an additional copy of every filing for use by the Court. See LRCiv 5.4. Failure to comply may result in the filing being stricken without further notice to Plaintiff.

    **C.**    **Possible Dismissal**

If Plaintiff fails to timely comply with every provision of this Order, including these warnings, the Court may dismiss this action without further notice. See Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (a district court may dismiss an action for failure to comply with any order of the Court).

**IT IS ORDERED:**

(1) Plaintiff's motion for an extension of time to comply with the November 3, 2010 Order is **granted** as set forth below. (Doc. 7.)

(2) Plaintiff is **granted** an additional **30 days** within which to comply with the November 3, 2010 Order by either filing a new Application to Proceed *In Forma Pauperis* or paying the $350.00 filing fee. Plaintiff should file a declaration signed under penalty of perjury if he is unable to file a new Application to Proceed *In Forma Pauperis* in compliance with the November 3, 2010 Order due to circumstances beyond his control.

(3) If Plaintiff fails to either pay the $350.00 filing fee or to file a completed Application to Proceed *In Forma Pauperis* within 30 days from the filing date of *this* Order,

1  the Clerk of Court must enter a judgment of dismissal of this action without prejudice and
2  without further notice to Plaintiff.
3      DATED this 29th day of November, 2010.

Mary H. Murguia
United States District Judge