AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| | | |
|---|---|---|
| Robert Gamez; et al. | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No.  CV-10-2070-PHX-JWS |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt | ) ) ) | |
| *Defendant* | | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Charles Ryan
Director
Arizona Department of Correction
1601 W. Jefferson
Phoenix, AZ 85007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Daniel J. Pochoda
James Duff Lyall
ACLU Foundation of Arizona
3707 N. 7th Street, Suite 235
Phoenix, AZ 85014

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CL*                                                *ty Clerk*

Date: _____

3:55 pm, Mar 07, 2012
s/ Brian D. Karth, Clerk

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  CV-10-2070-PHX-JWS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Charles Ryan

was received by me on *(date)*  3/7/12  .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Kelly Dudley, Attorney General Liason , who is

designated by law to accept service of process on behalf of *(name of organization)*  Charles Ryan, Director of

Arizona Department of Corrections AT     on *(date)* 3/8/12 AT 9:13AM ; or
1601 W. Jefferson, Phoenix, AZ  85007
☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $  16.00   for travel and $  51.00   for services, for a total of $  67.00  .

I declare under penalty of perjury that this information is true.

Date:  3/8/12

*Server's signature*

Eric Henningsen    Process Server
*Printed name and title*


P.O. Box 16612, Phoenix, AZ 85011
*Server's address*

Additional information regarding attempted service, etc: