# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Carrasco Gamez, Jr., | ) |
| Plaintiff, | ) **JUDGMENT IN A CIVIL CASE** |
| v. | ) CIV 10-2070-PHX-FJM |
| Charles L, Ryan, et al, | ) |
| Defendants, | ) |

___  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 XX   **Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED  that pursuant to the Court's Order of March 21, 2012, dismissing this action for lack of prosecution, judgment is hereby entered in favor of Defendants. Plaintiff shall take nothing by way of the Amended Complaint.  The Amended Complaint and this action are hereby dismissed without prejudice.

    March   21,   2012          BRIAN   D.   KARTH
Date                            DCE/Clerk of Court

                                  s/   Ruth E. Williams
                                By     Ruth E. Williams
                                       Deputy Clerk